```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:10-cr-00379 AWI |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| JORGE REYES, | |
| Defendant. | |

Defendant JORGE REYES, by and through his attorney, DAVID TORRES, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

1. The parties to the above-captioned matter agree to vacate the current sentencing hearing date of January 17, 2012, and reset the hearing for February 21, 2012, at 9:00 a.m.

2. The parties stipulate that the continuance is necessitated by the unavailability of the government's attorney, who has an

1

oral argument recently scheduled by the Ninth Circuit on January 17.

DATED: January 9, 2011				Respectfully submitted,

						BENJAMIN B. WAGNER
						United States Attorney

						By: /s/ Karen A. Escobar
						    KAREN A. ESCOBAR
						    Assistant U.S. Attorney


						/s/ David Torres
						DAVID TORRES
						Attorney for Defendant
						JORGE REYES

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current sentencing hearing date of January 17, 2012, is hereby vacated and is reset for February 21, 2012, at 9:00 a.m.

IT IS SO ORDERED.

Dated:     January 10, 2012	    _____
					CHIEF UNITED STATES DISTRICT JUDGE

2