```
BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:10-CR-00379 AWI<br>5:10-MJ-00047 JLT |
| Plaintiff, | |
| v. | MOTION TO DISMISS AND RECALL ARREST WARRANT AND ORDER |
| PABLO DIMAS RIVERA, | |
| Defendant. | |

The United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby submits this written motion and proposed order, in light of the following:

1. On August 26, 2010, U.S. Magistrate Judge Jennifer L. Thurston authorized a criminal complaint and issued an arrest warrant for the above-named defendant. The defendant was one of five charged via criminal complaint.

2. On September 2, 2010, co-defendants Guillermo Diaz, aka Joaquin Beltran, and Salvador Rivera made an initial appearance.

1

At that time, the government orally moved to dismiss the charges and recall the warrant as to Pablo Rivera. The Magistrate Judge granted the oral motion; however, the docket does not reflect the oral order.

3. The defendant was not charged with his co-defendants by Indictment.

4. The U.S. Attorney's Office is in the process of closing this matter. However, the matter cannot be closed without a docket entry reflecting dismissal.

Accordingly, the government hereby moves for an written order dismissing this matter and recall the warrant.

DATED: September 13, 2012                    Respectfully submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

                                            By: /s/ Karen A. Escobar
                                                KAREN A. ESCOBAR
                                            Assistant U.S. Attorney

## O R D E R

Having read and considered the foregoing,

IT IS THE ORDER of the Court that the above-captioned matter, as to defendant Pablo Dimas Rivera only, is dismissed and the arrest warrant is recalled.

IT IS SO ORDERED.

Dated: _____September 14, 2012_____ _____
                                                 CHIEF UNITED STATES DISTRICT JUDGE